# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DEREK REDDICK

       Petitioner,

v.                        CASE NO.  4:18cv182-RH-MJF

UNITED STATES OF AMERICA,

       Respondent.

_____/

## ORDER DENYING § 2241 PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 18. No objections have been filed. The report and recommendation is correct.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The petitioner's second amended petition for relief under 28 U.S.C. § 2241 is denied." The clerk must close the file.

SO ORDERED on October 28, 2020.

                         s/Robert L. Hinkle_____
                         United States District Judge